Annette T. Smurr, Esq., SBN: 138052
**LAW OFFICE OF ANNETTE T. SMURR**
2100 Tulare Street, Suite 529
Fresno, California 93721
Telephone: (559) 441-7100
Facsimile: (559) 441-7119

Attorney for Defendant,
Javier Salcedo

## The United States District Court
### For the Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: 1:10-CR-00210 AWI |
| | ) |
| Plaintiff, | ) **STIPULATION: TO CONTINUE DATE** |
| | ) **OF SETTLEMENT CONFERENCE AND** |
| | ) **ORDER TO CONTINUE DATE OF** |
| vs. | ) **SETTLEMENT CONFERENCE** |
| | ) |
| JAVIER SALCEDO, | ) |
| | ) |
| Defendant | ) |

Defendant, Javier Salcedo, by and through his attorney of
record, ANNETTE T. SMURR, and THE UNITED STATES OF AMERICA, by
and through its attorney of record, BENJAMIN B. WAGNER, and
KATHLEEN A. SERVATIUS, Assistant United States District
Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate
   the current settlement conference date of January 30,
   2012 at 9:00 AM and to continue the settlement conference
   date to February 27, 2012 at 10:00 AM.

1      2. Good cause exists in this matter because further

2        investigation by the Drug Enforcement Agency is required.

3

4  Dated this 26th day of January, 2012     BY: /s/ Annette T. Smurr

5                          ANNETTE T. SMURR,

6                          Attorney for Defendant,

7                          Javier Salcedo

8

9                          BY: /s/ Kathleen A. Servatius

10                        KATHLEEN A. SERVATIUS,

11                        Assistant U.S. Attorney

12

13  Having read and considered the foregoing STIPULATION:

14     **IT IS THE ORDER OF THE COURT THAT** the current January 30,

15  2012, at 9:00 AM date and time for the status conference is

16  hereby vacated. The new status conference date and time shall be

17  on February 27, 2012 at 10:00 AM.

18

19

20

21  IT IS SO ORDERED.

22  Dated: January 26, 2012

23                        CHIEF UNITED STATES DISTRICT JUDGE

24

25

26