BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cr-00210 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | FOR CHANGE OF PLEA HEARING AS TO |
| | ) | JAVIER SALCEDO |
| v. | ) | |
| | ) | |
| JAVIER SALCEDO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through his attorney, Annette T. Smurr, hereby stipulate and agree that the change of plea hearing as to Javier Salcedo be scheduled for May 21, 2012, at 10:30 AM, before the Honorable Anthony W. Ishii.

DATED: April 12, 2012          BENJAMIN B. WAGNER
                               United States Attorney

                         By    /s/ Kathleen A. Servatius
                               KATHLEEN A. SERVATIUS
                               Assistant U.S. Attorney

DATED: April 13, 2012          /s/ Annette T. Smurr
                               Attorney for Javier Salcedo

1

**ORDER**

IT IS SO ORDERED.

Dated: April 13, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE